An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FIRAS HAJIBI,
Appellant,
vs.
NADA RAMADAN,
Respondent.

No. 66898



**FILED**

JUN 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This pro se appeal was docketed without payment of the requisite filing fee. On April 20, 2015, this court entered an order denying without prejudice appellant's motion to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal.

Appellant responded with a letter in which he claims the district court denied his request. However, the documents appellant submits in support of his letter are not district court documents, but rather copies of documents he previously filed with this court. Thus, appellant has failed to establish that he properly sought leave to proceed in forma pauperis in the district court; he has also failed to pay the filing fee. More than thirty days have passed since appellant was instructed to seek leave in the district court or to pay the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Tracie K. Lindeman*

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-18080

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Firas Hajibi
Page Law Office
Eighth District Court Clerk